IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01711-PAB

AHMED IBRAHIM ABDELSTAR AHMED ELSAYED,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the
Aurora Contract Detention Facility owned and operated by GEO Group, Inc.,
GEORGE VALDEZ, in his official capacity as Field Office Director, Denver, U.S.
Immigration & Customs Enforcement,
MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of
Homeland Security,
TODD LYONS, in his official capacity as Acting Director of Immigration & Customs
Enforcement, and
TODD BLANCHE, in his official capacity as Acting Attorney General, U.S. Department
of Justice.

Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 12] of Judge Philip A. Brimmer entered on

May 7, 2026, it is

**ORDERED** that petitioner Ahmed Ibrahim Abdelstar Ahmed Elsayed's Verified

Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Docket No. 1] is

GRANTED.  It is further

**ORDERED** that the case is closed.

Dated at Denver, Colorado this 12th day of May, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ S. Grimm
                Deputy Clerk

2